IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01539-REB-CBS

CAROL A. GROVE,
    Plaintiff,
v.

KAREN MCGILL,
JAMES MOORE,
ALEX MEDINA, and
ERIC ROSENFELDT,
    Defendants.

---

ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

Magistrate Judge Craig B. Shaffer

    This civil action is before the court for service of the Amended Complaint (Doc. # 26) on the newly added Defendants. Pursuant to the Order Referring Case dated August 1, 2012 (Doc. # 8), this case was referred to the Magistrate Judge. On June 18, 2012, Ms. Grove was granted permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* Doc. # 4). It is now

    ORDERED that, if appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from Defendants James Moore, Alex Medina, and Eric Rosenfeldt. If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Amended Complaint (Doc. # 53) and summons upon Defendants Moore, Medina, and Rosenfeldt. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that all four Defendants shall respond to the Amended Complaint (Doc. # 53) within 21 days after service of process of the Amended Complaint on Defendants Moore, Medina, and Rosenfeldt.

Dated at Denver, Colorado this 13th day of March, 2013.

BY THE COURT:

 s/ Craig B. Shaffer
United States Magistrate Judge