# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01539-REB-CBS

CAROL A. GROVE,

      Plaintiff,

v.

KAREN MCGILL,
JAMES MOORE,
ALEX MEDINA, and
ERIC ROSENFELDT,

      Defendants.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Adopting Recommendation of United States Magistrate Judge** [#51] entered by Judge Robert E. Blackburn on October 23, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation that the Civil Action Be Dismissed** [#50], filed September 16, 2013, is **APPROVED** and **ADOPTED** as an order of this court;

2. That **Defendants' Motion To Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1)** [#34], filed April 17, 2013, is **GRANTED**;

3. That plaintiff's First, Second, and Third Claims for Relief against defendants are **DISMISSED** pursuant to Fed. R. Civ. P. 12(b)(6) as follows:

    a. That plaintiff's claims are **DISMISSED WITH PREJUDICE** to the extent they allege violations of the Fourth, Eighth, Ninth, and Fourteenth

      Amendments;

      b. That plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** to the extent they allege violations of the First Amendment;

4. That plaintiff's Fourth and Fifth Claims for Relief against defendants are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 12(b)(1);

5. That **JUDGMENT IS ENTERED** on behalf of defendants, Karen McGill, James Moore, Alex Medina, and Eric Rosenfeldt, and against plaintiff, Carol A. Grove, as to all claims and causes of action asserted herein; provided,

      a. That the judgment as to plaintiff's First, Second, and Third Claims for Relief, to the extent such claims are based on alleged violations of the First Amendment, as well as the judgment as to plaintiff's Fourth and Fifth Claims for Relief, shall be without prejudice; and

      b. That the judgment as to plaintiff's First, Second, and Third Claims for Relief, to the extent such claims are based on alleged violations of the Fourth, Eighth, Ninth, and Fourteenth Amendments, shall be with prejudice; and

6. That the defendants are **AWARDED** their costs to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 24th day of October 2013.

      FOR THE COURT:

      Jeffrey P. Colwell, Clerk

      By: <u>Kathleen Finney</u>
           Kathleen Finney
           Deputy Clerk